LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:    (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for Plaintiff

MARC B. KOENIGSBERG, SBN 204265
GREENBERG TRAURIG
1201 "K" STREET, SUITE 1100
SACRAMENTO, CA  95814
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>CENTURY THEATERS, INC. dba CENTURY THEATERS; SYUFY ENTERPRISES,<br><br>    Defendants. | No. CIV.S 05-01960 LKK GGH<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

Stipulation of Dismissal and Order Thereon                         Sanford v. Century Theaters, et. al.
                                                                    Case No.CIV.S-05-01960 LKK GGH

1  TO THE COURT AND ALL PARTIES:

2  Pursuant to a Settlement Agreement and Release between plaintiff, James Sanford, and defendants, Century Theaters, Inc. dba Century Theaters; SYUFY Enterprises, the parties herby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: June 5, 2006                    LAW OFFICES OF LYNN HUBBARD

                                         /s/ Lynn Hubbard, III
                                       LYNN HUBBARD, III
                                       Attorney for Plaintiff


Dated: June 5, 2006                    GREENBERG TRAURIG



                                         /s/ Marc B. Koenigsberg
                                       MARC B. KOENIGSBERG
                                       Attorney for Defendants


**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-01960 LKK GGH, is hereby dismissed with prejudice.

Date: June 6, 2006

                                       Judge of the District Court


Stipulation of Dismissal and Order Thereon                    Sanford v. Century Theaters, et. al.
                                                              Case No.CIV.S-05-01960 LKK GGH